SCOTT N. SCHOOLS  (SCSBN 9990)
United States Attorney
THOMAS MOORE  (ASBN 4305-T78O)
Assistant United States Attorney
 9th Floor Federal Building
  450 Golden Gate Avenue, Box 36055
  San Francisco, California 94102
  Telephone:  (415) 436-7017

Attorneys for United States of America

## IN THE UNITED STATES DISTRICT COURT FOR THE

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | Case No. C-04-2016-WHA |
| **Plaintiff,** | |
| **vs.** | **STIPULATION TO CONTINUE STATUS CONFERENCE CASE AND [proposed] ORDER** |
| **JESSIE AGULLANA, et al. ,** | |
| **Defendants.** | |

It is hereby stipulated by and between plaintiff United States of America and defendants, through their respective counsel, that the Status Conference scheduled for January 10, 2008, be continued to January 24, 2008, at 8:00 a..m., so it may be held at the same time as the hearing on the United States of America's motion for summary judgement.

JERRY BROWN                                  SCOTT N. SCHOOLS
Attorney General                             United States Attorney

/s/ Randall Borcherding                      /s/ Thomas Moore
RANDALL BORCHERDING.                          THOMAS MOORE
Attorney for California Franchise Tax Board   Assistant United States Attorney


/s/ Basil Boutris                            /s/ Claude F. Kolm
BASIL BOUTRIS                                CLAUDE F. KOLM
Counsel for Jessie and Rosa Linda Agullana   Counsel for County of Alameda

### PURSUANT TO STIPULATION, IT IS SO ORDERED

Dated:__ Deember 30, 2007.

IT IS SO ORDERED

Judge William Alsup

UNITED STATES DISTRICT JUDGE