```
 1  JOSEPH P. RUSSONIELLO  (CSBN 44332)
    United States Attorney
 2  THOMAS MOORE  (ASBN 4305-O78T)
    Assistant United States Attorney
 3   9th Floor Federal Building
      450 Golden Gate Avenue, Box 36055
 4    San Francisco, California 94102
      Telephone:  (415) 436-7017
 5
    Attorneys for United States of America
 6

 7

 8              IN THE UNITED STATES DISTRICT COURT FOR THE

 9                    NORTHERN DISTRICT OF CALIFORNIA

10                         SAN FRANCISCO DIVISION

11  UNITED STATES OF AMERICA,        )  Case No. C-04-2016-WHA
                                     )
12           Plaintiff,               )
                                     )  STIPULATION TO CONFIRM SALE
13       vs.                         )  AND DISBURSE SALE PROCEEDS
                                     )  AND [proposed] ORDER
14  JESSIE AGULLANA, et al. ,        )
                                     )
15           Defendants.              )
                                     )
16
```

For the reason that the real property located at 32350 Sheila Way, Union City, California (hereinafter "Sheila Way") was sold pursuant to the Court's Order of Sale by the Internal Revenue Service Property Appraisal and Liquidation Specialist (hereinafater "PALS") for $339,000 on January 12, 2009 and because that amount was paid in full on January 31, 2009;

It is hereby stipulated by and between plaintiff Untied States of America, and defendants Jessie and Rosalinda Agullana, Michael Consentino, Beneficial Ca. Inc., State of California Franchise Tax Board, and the County of Alameda, through their undersigned counsel, as follows:

1.      That the sale of the Sheila Way real property be confirmed;

2.      That PALS shall retain $725.02 from the proceeds of the sale for payment of its costs of the sale;

3.      That PALS shall payover, within seven  (7) days of the date of this order, $2,120.85, to Alameda County;

4.  That PALS shall payover, within seven (7) days of the date of this order, $6,663.12 to the State of California Franchise Tax Board;

5.  That PALS shall payover, within seven (7) days of the date of this order, $250907.11 to Beneficial California Inc.

6.  That PALS shall payover, within seven (7) days of the date of this order, the remaining funds from the sale of the Sheila Way real property to the United States of America.

| | |
|---|---|
| JERRY BROWN<br>Attorney General | JOSEPH P. RUSSONIELLO<br>United States Attorney |
| /s/ Karen Yiu<br>KAREN YIU.<br>Attorney for California Franchise Tax Board | /s/ Thomas Moore<br>THOMAS MOORE<br>Assistant United States Attorney |
| /s/ Basil Boutris<br>BASIL BOUTRIS<br>Counsel for Jessie and Rosa Linda Agullana | /s/ Claude F. Kolm<br>CLAUDE F. KOLM<br>Counsel for County of Alameda |
| /s/ Michael Consentino<br>MICHAEL CONSENTINO | /s/ Michael W. Burnett<br>MICHAEL W. BURNETT<br>BURNETT & MATTHEWS, LLP<br>Counsel for Beneficial California, Inc. |

**PURSUANT TO STIPULATION, IT IS SO ORDERED**

Dated: February 10, 2009

IT IS SO ORDERED
Judge William Alsup
UNITED STATES DISTRICT JUDGE